# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| **TRIDENT ENTERPRISES, LTD., et al.** ) | |
| ) | |
| **Plaintiff/ Counter-** ) | |
| **Defendants,** ) | |
| v. ) | Civil Action No. 1:09-cv-1355 |
| ) | |
| **AIRTRONIC USA, INC.** ) | |
| ) | |
| **Defendant/ Counter-** ) | |
| **Plaintiff.** ) | |

## <u>DEFENDANT AIRTRONIC'S PROPOSED JURY INSTRUCTIONS</u>

Defendant/Counter-Plaintiff, Airtronic USA, Inc. ("Airtronic"), by its attorneys, pursuant to Local Rule 51 hereby proposes the attached jury instructions. Airtronic respectfully requests that the attached proposed instructions be given to the jury by the Court. Each of the instructions is to be considered a separate request, and a separate ruling is requested for each instruction.

Airtronic respectfully reserves the opportunity to submit such other requested instructions as may be appropriate in light of any in limine rulings as well as the proof and ruling at trial. Further, by submitting these proposed instructions, Airtronic does not waive its Motion for Summary Judgment. Finally, Airtronic reserves the right to object that certain of the instructions tendered by the parties should not be given, or that they should be given only as modified in accord with the Court's rulings on any outstanding motions and/or the facts proven at trial.

Dated: September 3, 2010

                                                                                   Respectfully Submitted,

                                                                                   /s/ Gabriel D. Soll
                                                                                   Gabriel D. Soll (VSB No. 66734)
                                                                                   Jeffrey S. Jacobovitz (admitted *pro hac vice*)

McCarthy Sweeney & Harkaway, P.C.
1825 K Street, NW Suite 700
Washington, D.C. 20006
Phone: (202) 775-5560
Fax:    (202) 775-5574

Counsel for Airtronic USA, Inc.

## **CERTIFICATE OF SERVICE**

      I hereby certify that I caused to be served, a true and accurate copy of the foregoing Defendant Airtronic's Proposed Jury Instructions, via the Court's CM/ECF system to the Clerk, which will also notify the following persons that such filing has been made:

Alan L. Briggs (Abriggs@ssd.com)
Rebecca A. Worthington (RWorthington@ssd.com)
Squire, Sanders & Dempsey L.L.P.
1201 Pennsylvania Ave., NW
Suite 500
Washington, D.C. 20004
Phone: (202) 626-6600
Fax:     (202) 626-6780

Attorneys for Trident Enterprises, Ltd.
        Samuel Hillenburg
        Brian Fauci
        Monty Mendenhall

                                    /s/ Gabriel D. Soll
                                    Gabriel D. Soll