UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| TRIDENT ENTERPRISES, LTD., et al, )<br>)<br>Plaintiff, )<br>Counter-Defendant; )<br>)<br>v. )<br>)<br>AIRTRONIC USA, INC. )<br>)<br>Defendant, )<br>Counter-Plaintiff. ) | Civil Action No. 1:09-cv-1355<br>CMH/TCB |

**PLAINTIFF AND COUNTER-DEFENDANTS' REQUESTED INSTRUCTIONS**

| Jury Instruction | Title | Page |
|---|---|---|
| 1. | Preliminary Instructions to Jury | 1 |
| 2. | Function of the Court, the Jury and Counsel | 4 |
| 3. | Burden of Proof | 8 |
| 4. | Preponderance of the Evidence | 9 |
| 5. | Clear and Convincing | 11 |
| 6. | What is and Is Not Evidence | 12 |
| 7. | Direct and Circumstantial Evidence | 14 |
| 8. | Stipulation of Facts | 16 |
| 9. | Interrogatories | 17 |
| 11. | Depositions | 18 |
| 12. | Witness Credibility | 19 |
| 13. | Bias | 21 |
| 14. | Interest in Outcome | 22 |
| 15. | Discrepancies in Testimony | 23 |
| 16. | Inpeachment by Prior Inconsistent Statement | 24 |
| 17. | Expert Witness | 25 |

| | Claims | |
|---|---|---|
| 18. | Definition of Proximate Cause | 26 |
| 19. | Definition of Contract | 27 |
| 20. | Material Breach of Contract | 28 |
| 21. | Contract Construed as a Whole | 29 |
| 22. | Ordinary Meaning of Words | 30 |
| 23. | Practical Construction by the Parties | 31 |
| 24. | Waivers | 32 |
| 25. | Modification | 33 |
| 26. | Fraud in the Inducement | 34 |
| 27. | Finding Instruction - Contract | 35 |
| 28. | Damages: Direct | 36 |
| 29. | Conversion | 37 |
| 30. | Interference with Business Relations | 38 |
| 31. | General Damages for Interference with Business Relations | 40 |
| 32. | General Punitive Damages | 41 |
| 33. | Punitive Damages: Definition of Common Law Actual Malice | 42 |
| 34. | Finding Instruction - Contract | 43 |
| 35. | Damages: Direct | 44 |
| 36. | Finding Instruction: Actual Fraud | 45 |
| 37. | General Damages for Actual Fraud | 46 |
| 38. | General Punitive Damages | 47 |
| 39. | Finding Instruction: Constructive Fraud | 48 |
| 40. | General Damages for Constructive Fraud | 49 |
| 41. | Definition of Actual Fraud: Intentional Misrepresentation | 50 |
| 42. | Definition of Constructive Fraud | 51 |
| 43. | Definition of Reliance | 52 |
| 44. | Definition of Material Fact | 53 |
| 45. | Definition of Misrepresentation | 54 |
| 46. | Evidence for Proof | 55 |
| 47. | Duty to Take Prompt Action | 56 |
| 48. | Duty to Investigate | 57 |

| 49. | Piercing the Corporate Veil | 58 |
|---|---|---|
| 50. | Separate Claims Out of Same Wrongful Act | 60 |
| 51. | 3.1 General Instructions for Use at End of Trial -- Deliberations | 61 |
| 52. | 3.02 Judge's Opinion | 63 |
| 53. | 3.06 Election of Foreperson; Duty to Deliberate; Communications with Court; Cautionary; Unanimous Verdict; Verdict Form | 64 |

Date submitted: Sept. 3, 2010              Respectfully,


/s/ Rebecca A Worthington

Alan L. Briggs, (VSB No. 38667)
Rebecca A. Worthington (VSB No. 79232)
SQUIRE, SANDERS & DEMPSEY L.L.P.
1201 Pennsylvania Avenue, NW
Suite 500
Washington, DC 20004
Phone: (202) 626-6600
Facsimile: (202) 626-6780

Counsel for Trident Enterprises, Ltd.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Plaintiff and Counter-Defendants' Requested Instructions was filed electronically on this 3rd day of Sept. 2010 with the Court using the CM/ECF system, which notifies those noted below of its service.

Gabriel D. Soll
Jeffrey S. Jacobovitz
Attorneys for Defendant
MCCARTHY, SWEENEY & HARKAWAY, PC
1825 K Street, N.W.
Suite 700
Washington, D.C. 20006

/s/ Rebecca A. Worthington
Rebecca A. Worthington