UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| TRIDENT ENTERPRISES, LTD., et al, )<br>)<br>Plaintiff, )<br>Counter-Defendant; )<br>)<br>v. )<br>)<br>AIRTRONIC USA, INC. )<br>)<br>Defendant, )<br>Counter-Plaintiff. ) | Civil Action No. 1:09-cv-1355<br>CMH/TCB |

## PLAINTIFF AND COUNTER-DEFENDANTS' REQUESTED VERDICT FORM

Plaintiff Trident and the Counter-Defendants' Requested Verdict Form is attached.

Date submitted: Sept. 3, 2010

Respectfully,

/s/ Rebecca A Worthington

Alan L. Briggs, (VSB No. 38667)
Rebecca A. Worthington (VSB No. 79232)
SQUIRE, SANDERS & DEMPSEY L.L.P.
1201 Pennsylvania Avenue, NW
Suite 500
Washington, DC 20004
Phone: (202) 626-6600
Facsimile: (202) 626-6780

Counsel for Trident Enterprises, Ltd.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Plaintiff and Counter-Defendants' Requested Verdict Form was filed electronically on this 3rd day of Sept. 2010 with the Court using the CM/ECF system, which notifies those noted below of its service.

Gabriel D. Soll
Jeffrey S. Jacobovitz
Attorneys for Defendant
MCCARTHY, SWEENEY & HARKAWAY, PC
1825 K Street, N.W.
Suite 700
Washington, D.C. 20006

/s/ Rebecca A . Worthington
Rebecca A. Worthington

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| TRIDENT ENTERPRISES, LTD., et al, )<br>)<br>Plaintiff, )<br>Counter-Defendant; )<br>)<br>v. )<br>)<br>AIRTRONIC USA, INC. )<br>)<br>Defendant, )<br>Counter-Plaintiff. ) | Civil Action No. 1:09-cv-1355<br>CMH/TCB |

## VERDICT FORM

We the jury, being first duly sworn, do render this as our true verdict:

### PLAINTIFF'S CLAIMS

1. On Plaintiff's claim against Defendant for breach of contract we find as follows:

   _____   For Plaintiff Trident and find compensatory

   damages of $_____.

   **-OR-**

   _____   For Defendant Airtronic.

**Signatures of Foreperson:**

_____

2. On Plaintiff's claim against Defendant for conversion we find as follows:

    _____ We find for Plaintiff Trident and find compensatory damages of $_____ and punitive damages of $_____.

    **- OR -**

    _____ We find for Defendant Airtronic.

**Signatures of Foreperson:**

_____

3. On Plaintiff's claim against Defendant for interference with Business Relations we find as follows:

    _____ We find for Plaintiff Trident and find compensatory damages of $_____ and punitive damages of $_____.

    **- OR -**

    _____ We find for Defendant Airtronic.

**Signatures of Foreperson:**

_____

4. On Defendant's counterclaim against Trident for breach of contract we find as follows:

　　　　_____ For the Defendant Airtronic and find compensatory damages of $_____.

**- OR -**

　　　　_____ For Plaintiff Trident.

**Signatures of Jurors joining in this verdict:**

_____　　　　_____

5. On Defendant Airtronic's counterclaim against Trident for actual fraud we find:

　　　　_____ For Defendant Airtronic and find compensatory damages of $_____ and punitive damages of $_____.

**- OR -**

　　　　_____ For Plaintiff Trident.

**Signatures of Jurors joining in this verdict:**

_____

IF YOU FOUND IN FAVOR OF AIRTRONIC ON ITS CLAIM FOR ACTUAL FRAUD YOU NEED NOT ANSWER NO. 6. IF HOWEVER, YOU FOUND IN FAVOR OF TRIDENT ON AIRTRONICS CLAIM OF ACTUAL FRAUD ANSWER NO. 6.

6. On Defendant Airtronic's counterclaim against Plaintiff Trident for Constructive Fraud we find:

_____ For Defendant Airtronic and find compensatory damages of $_____.

**- OR -**

_____ For Plaintiff Trident.

**Signatures of Jurors joining in this verdict:**

_____

IF YOU FOUND IN FAVOR OF TRIDENT IN YOUR VERDICTS 4, 5 AND 6 THEN YOU WORK IS DONE AND YOU NEED NOT ANSWER 7, 8 AND 9 BELOW. YOUR WORK IS DONE AND YOU SHOULD ADVISE THE MARSHAL. HOWEVER, IF YOUR VERDICT FOR EITHER 4, 5 OR 6 WAS IN FAVOR OF AIRTRONIC THEN YOU SHOULD PROCEED FORWARD AND ANSWER 7, 8 AND 9.

7. For Airtronic's claim against Samuel Hillenburg to pierce the corporate veil of Trident and hold Mr. Hillenburg personally responsible for the counterclaim verdict(s) against Trident we find:

    _____  For Airtronic.

    **- OR -**

    _____  For Samuel Hillenburg.

**Signatures of Foreperson:**

_____

8. For Airtronic's claim against Brian Fauci to pierce the corporate veil of Trident and hold Mr. Fauci personally responsible for the counterclaim verdict(s) against Trident we find:

_____ For Airtronic.

**- OR -**

_____ For Brian Fauci.

**Signatures of Foreperson:**

_____

9. For Airtronic's claim against Monty Mendenhall to pierce the corporate veil of Trident and hold Mr. Mendenhall personally responsible for the counterclaim verdict(s) against Trident we find:

_____ For Airtronic.

**- OR -**

_____ For Monty Mendenhall.

**Signatures of Foreperson:**

_____